**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 QUINTIN J. BALLENTINE,

                              Plaintiff,

          -against-                                          25 **CIVIL** 3334 (LLS)

                                                             **JUDGMENT**
UNITED STATES OF AMERICA; DONALD
TRUMP, President of the United States of America,

                              Defendants.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 3, 2026, Plaintiff's complaint, filed IFP under 28 U.S.C. §

1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

**Dated:** New York, New York

          June 5, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                              **Clerk of Court**


                              **BY:**        K. mango
                                        _____
                                              **Deputy Clerk**